◼ In the Matter of WILLIAM BERTHOLF, on Behalf of Himself and All Others Similarly Situated, Appellants, v. JOHN R. CISCO, Constituting the Board of Assessors of the Town of Fallsburg, Respondents.— Judgment, Supreme Court, Sullivan County, entered on January 9, 1973, affirmed, without costs, on the opinion of Mahoney, J., at Special Term. Herlihy, P. J., Greenblott, Sweeney, Main and Reynolds, JJ., concur. [72 Misc 2d 901.]

◼ In the Matter of VILLAGE OF VALATIE, Petitioner, v. TOWN OF KINDER-HOOK, Respondent.— Application by petitioner pursuant to section 712 of the General Municipal Law to confirm report of referees and for judgment that the proposed annexation of certain territory in the Town of Kinderhook to the Village of Valatie is in the over-all public interest. Application granted, without costs. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Kane, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL WHITE, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient. Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Kane, JJ., concur.